Rev. 11/2020

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

STEVEN ENDRES

    Plaintiff

vs.

AIR CANADA, INC. et al

    Defendant

Civil No.  24-883  (RBW)

Category  F

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on  4/3/2024  from  Judge Colleen Kollar-Kotelly  to  Judge Reggie B. Walton  by direction of the Calendar Committee.

(Case Not Related)

JUDGE RUDOLPH CONTRERAS
Chair, Calendar and Case Management Committee

cc:  Judge Colleen Kollar-Kotelly  & Courtroom Deputy
  Judge Reggie B. Walton  & Courtroom Deputy
Liaison, Calendar and Case Management Committee